Filed 1/8/16  P. v. Dunning CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>LOGAN KEITH DUNNING,<br><br>        Defendant and Appellant. | A140788<br><br>(Sonoma County<br>Super. Ct. No. SCR617245 &<br>SCR620250) |

Pursuant to a negotiated plea agreement, appellant Logan Keith Dunning entered a plea of no contest to the attempted murder (Pen. Code, §§ 664/187, subd. (a)), and great bodily injury enhancement (Pen. Code, § 12022.7) of Austin Ridge, and arson of property (Pen. Code, § 451, subd. (d)).  He was sentenced on November 14, 2013, in accordance with the plea agreement.

Appellant has filed an opening brief raising no issues and asking this Court for an independent review of the record.  Appellant was informed by appellant's counsel of the opportunity to file a supplemental brief, but has not filed one.

On the evening of April 24, 2012, the victim, Mr. Ridge, left the Olde Sonoma Bar after drinking with friends.  He left on his tricycle which he used because he had suffered a previous traumatic brain injury.  He was found by police in the middle of the street bleeding profusely.  The right side of his face was extremely swollen.  He had puncture

1

wounds on his back, arm, and chest. The injuries were consistent with being stabbed. He had a blood alcohol level of .08. He could not remember what happened.

Appellant's grandmother lived in the neighborhood of the attack, and police, in conducting a probation search, found a knife in a pizza box set out for trash collection and blood on a bath mat and on appellant's jeans. The crime lab determined that the victim's blood was on the bath mat. In a statement at the probation department, appellant claimed that Ridge "swung" a knife at appellant; that appellant disarmed Ridge; and in doing so stuck Ridge in the "abdomen."

With regard to the other counts, neighbors saw appellant in the neighborhood on April 1, 2012, attempting to open car doors. Clothing matching the witnesses' descriptions were found at appellant's home.

Appellant was represented throughout the proceedings by counsel. His no contest pleas were validly entered, after full advisement of rights and consequences. He received the negotiated sentence of ten years for the attempted murder, and bodily injury enhancement, and a concurrent term of three years for the arson conviction.

Finding no error, the judgment is affirmed.


                                        _____

                                        REARDON, J.


We concur:


_____
RUVOLO, P. J.


_____
RIVERA, J.